# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CTP INNOVATIONS, LLC,** ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:13-cv-02174-WBH |
| ) | Judge Willis B. Hunt, Jr. |
| **WALTON PRESS, INC.,** ) | |
| ) | |
| Defendant(s). ) | |

_____

# NOTICE OF DETERMINATION OF PETITIONS
# FOR *INTER PARTES* REVIEW
_____

Plaintiff CTP Innovations, LLC ("Plaintiff") respectfully submits this notice in light of determinations by the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") in the *inter partes* review proceedings captioned *Eastman Kodak Co., Agfa Corp., Esko Software BVBA, and Heidelberg, USA v. CTP Innovations, LLC,* Case IPR2014-00788, *Eastman Kodak Co., Agfa Corp., Esko Software BVBA, and Heidelberg, USA v. CTP Innovations, LLC,* Case IPR2014-00789, *Eastman Kodak Co., Agfa Corp., Esko Software BVBA, and Heidelberg, USA v. CTP Innovations, LLC,* Case IPR2014-00790, *Eastman Kodak Co., Agfa Corp., Esko Software BVBA, and Heidelberg, USA v. CTP Innovations, LLC,* Case IPR2014-00791.

On November 26, 2014, PTAB took up Case IPR2014-00788 and instituted *inter partes* review of claims 10-20 of U.S. Patent No. 6,738,155 (the "'155 Patent"). On November 28, 2014, PTAB took up Case IPR2014-00789 and instituted *inter partes* review of claims 1-9 of the '155 Patent. Also on November 28, 2014, PTAB took up Cases IPR2014-00790 and IPR2014-00791 and instituted *inter partes* review of claims 1-3 and 10-14 of U.S. Patent No. 6,611,349. No other ground for unpatentability for any other claim alleged by Eastman Kodak Company, Agfa Corporation, Esko Software BVBA and Heidelberg, USA in their above-referenced petitions is authorized for *inter partes* review except those specifically taken up by PTAB in its institution decisions. True and correct copies of PTAB's institution decisions are attached hereto as Exhibits A through D, respectively.

This 3rd day of December, 2014.

                                                        **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

                                                        */s/ L. Clint Crosby*
                                                        L. CLINT CROSBY

Monarch Plaza, Suite 1600          Georgia Bar No. 197877
3414 Peachtree Road, N.E.           EMILY C.R. EARLY
Atlanta, GA  30326                     Georgia Bar No. 810206
(404) 577-6000 / (404) 221-6501 fax
ccrosby@bakerdonelson.com
erutledgeearly@bakerdonelson.com

Of Counsel:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

Samuel F. Miller, TN BPR No. 22936
Maia T. Woodhouse, TN BPR No. 30438
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5594
Fax:  (615) 744-5594
Email: smiller@bakerdonelson.com
Email: mwoodhouse@bakerdonelson.com

*Attorneys for CTP Innovations, LLC*

## **CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1 (C) and 7.1 (D).

This 3rd day of December, 2014.

        **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

        */s/ L. Clint Crosby*
        L. CLINT CROSBY
        Georgia Bar No. 197877
        EMILY C.R. EARLY
        Georgia Bar No. 810206

Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA  30326
(404) 577-6000 / (404) 221-6501 fax
ccrosby@bakerdonelson.com
erutledgeearly@bakerdonelson.com

        *Attorneys for CTP Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I have electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

> Robert Whaley Hughes, Jr.
> Robert W. Hughes & Associates
> Suite B
> 2415 W. Park Place Blvd.
> Stone Mountain, GA  30087

This 3rd day of December, 2014.

**BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC**

*/s/ L. Clint Crosby*
L. CLINT CROSBY
Georgia Bar No. 197877
EMILY C.R. EARLY
Georgia Bar No. 810206

Monarch Plaza, Suite 1600
3414 Peachtree Road, N.E.
Atlanta, GA  30326
(404) 577-6000 / (404) 221-6501 fax
ccrosby@bakerdonelson.com
erutledgeearly@bakerdonelson.com

*Attorneys for CTP Innovations, LLC*